584

STATE of Minnesota, Respondent,

v.

Marlon Rockshawn GREEN, Appellant.

No. C1–94–2642.

Supreme Court of Minnesota.

Dec. 28, 1995.

## *ORDER*

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the above-entitled matter be, and the same is, remanded to the court of appeals for its consideration in light of this court's final disposition in *State v. Auchampach*, 540 N.W.2d 808 (1995).

/s/ Alexander Keith
Chief Justice